**IN THE CITY OF BALTIMORE, MARYLAND**

Dr. KEENAN K. COFIELD,

        Claimant/Petitioner

**VS**                                        Claim/Case Number_____

CITY OF BALTIMORE
CITY OF BALITMORE MARYLAND POLICE DEPARTMENT
CITY BOARD OF ESTIMATES
CITY OF BALTIMORE MAYOR-Stephanie Rawlings-Blake
CITY OF BALTIMORE CITY COUNCIL
FORMER CITY OF BALTIMORE POLICE DETECTIVE-Anthony Brown
et. al.

        Respondents

## NOTICE OF AMENDED COMPLAINT- RENEWED COMPLAINT AND/OR SUPPLEMENTAL CLAIMS FOR DAMAGES

Comes now the Claimant/Petitioner **Dr. Keenan K. Cofield**, who now seeks to Amend and/or Supplement his Original Complaint, AND/OR **Renewed Complaint** as a NEW cause of action for monetary damages and compensation for, multiple **separate** acts and claims of misconduct, assault and battery, verbal abuse, denial of medical treatment and care to further include : **false arrest, false imprisonment, unlawful detention, false forged documents and legal process, excessive force, malicious prosecution, denial of medical treatment, negligent to inadequate and deliberate indifference medical care, to Claimants serious medical needs while a prisoner in the custody and control of the Baltimore City Police department and Detective Anthony Brown, to further include, deliberate and malicious acts of negligence, fraud, false statements, Public Record False Entry, record/warrant tampering, denial of due process of law, equal protection of the law, cruel and usual punishment, among other state and federal civil to constitutional rights violated and infringed upon by the Respondents.** All of which violate the Claimants state, 4th, 5th, 8th, and 14th Amendments United States Constitutional Rights, of the Claimant **Cofield**.

1). The Claimant previously filed several years back a claim, but **never** got any reply to date. **Claimant still continues to suffer from that date of arrest and physical abuse and assault by Detective Brown, using excessive and unnecessary wanton of physical force that caused serious and permanent injuries to body.**

2). At all times relevant to this Complaint and Claims, the Respondents more specifically Detective **Anthony Brown** and Baltimore City Police Department the Claimant was in their official care, custody and control.

3). The criminal case 209075001-08 was DISMISSED on November 30, 2011- **(See Attachment)**

4). On or about the 7th day of April, 2009, Detective **Anthony Brown**, with an alleged Baltimore City Circuit Court Arrest Warrant, **himself** proceeded to my Baltimore County-Parkville, MD residence located at **2126 Pitney Rd. Parkville, MD 21234**, to effect an arrest. Detective Brown is a Baltimore City Police Officer, and executed the alleged Warrant attached himself.

5). During the early morning on this date, Detective Brown was allowed to enter the residence, identified me, took me to the floor in our house and handcuffed me behind my back. Detective Brown used excessive force as it was not necessary to force me to the floor injuring my shoulder, back, neck arm, to include slight scarring to face.

Detective **Brown**, placed me in the front seat of his car and transported me to the Fugitive Task Force offices. I asked him, Detective Brown why he forced me to the floor, when I assumed the position, was un-armed, compliant and **did not** resist. Little did he know, my ex-wife who at home that date, is an investigator for the Department of Homeland Security and carries a weapon like him. I told Detective Brown, I was in tremendous pain from the assault by Detective **Brown** against me and was a retired/disabled Psychologist who suffered from chronic lower back pains and other physical impairments. Detective **Brown** said he was not interested in my pain and, " **shut the fuck up, black smart ass punk**". **Again, I informed Detective Brown I was injured and needed to go to the hospital for my shoulder, back, neck, bruised wrists from the tight handcuffs, etc.**

Additionally, I asked Detective **Brown**, why he was not taking me to Baltimore County, he said this is what we do. I can take you anywhere I want to, and was smiling. I responded to Detective Brown you mean like kidnapping? Brown said yes, we do that too. Detective Brown, said he **did not** have (NO) jurisdiction. I am the police, remember the movie Training Day. I am the police here, I run this motherfucker was used in the movie.

**Detective Anthony Brown refused and denied me medical treatment, care and left me in handcuffs for more then 4 to 6 hours in a holding cells/room, and denied me the right to use the bathroom to urinate which the Claimant pissed on himself, because of medications I take would not allow me to hold it.**

The Claimant **was not** able to get any medical treatment for my injuries until my release.

6). I contacted Internal Affairs to (NO) avail.

7). Detective Brown, was a City of Baltimore Police Officer, and **did not** have **any** police powers nor extended jurisdiction to falsely arrest, imprisoned nor detain me, then assault me **physically** causing injuries and permanent damages, and take me from my home in Baltimore County, MD on that date, to Baltimore City, by himself. **Detective Brown, should have had Baltimore County Police present, and that agency was the only legally authorized law enforcement officer having the power, authority to execute the Baltimore City warrant in Baltimore County, which is their lawful jurisdiction where the Claimant resided.** The Arrest warrant attached clearly shows, the Baltimore City arrest warrant was executed in Baltimore County, Parkville, MD by the signature of Detective Anthony Brown.

8). I personally contacted the MD State Police and other officials who confirmed, Detective Anthony Brown **did not** have nor has he ever been extended **any** state wide police arrest powers, NO task forces or units with statewide arrest powers, nor was he ever granted **any** police powers in Baltimore County. **(See Letters/emails from Major Greg Shipley, Maryland State Police, Deborah M. Hermann, esq. Legal Advisor for Baltimore County, MD Police Department)**

**The Maryland Police & Correctional Training Commission** indicated that Detective **Anthony Brown**, was **never** issued **any** credentials, licenses or had **any** statewide police or arrest powers nor jurisdiction to enter another jurisdiction into Baltimore County, to make any arrests.

The Baltimore County Police Department-**Legal Department**, made it clear that Baltimore County by State law does not have the power nor authority to grant and/or extend any City Police Officer arrest powers or authority in Baltimore County, Maryland. Such action is against state laws.

9). The City of Baltimore and City of Baltimore Police Department have failed and/or were negligent in its training, and supervision of Detective Brown, when City Police of Baltimore, powers, authority and jurisdiction **does not** expand beyond the City of Baltimore, **City Limits**. Baltimore City Police Department and The City of Baltimore, directed and authorized Detective Anthony Brown to go **beyond** his police jurisdiction and powers, and illegally and unlawfully authorized Detective Brown to **enter** into Baltimore County, MD, a Maryland County government entity, outside of Baltimore CITY, MD jurisdiction, to make an arrest was illegal, unlawful, and pure kidnapping against the Claimants will to take me

from my home, without l[...] right, power nor authority. Then assault me in the process causing injuries to my person, violating my civil and constitutional rights.

10). A further investigation revealed that the Arrest Warrant contained the **forged** signature of Baltimore City Circuit Court Judge Barry Williams. True Test Records were obtained from the Circuit Court Clerk for Baltimore City, which included the executed Arrest Warrant for the Claimant and various records, documents with the Original signature of City Circuit Judge Barry Williams.

These documents were turned over to a CERTIFIED DOCUMENT EXAMINER **Katherine M. Koppenhaver**, of Harford County, MD, who examined the various documents and determined the signature of the attached enclosed Arrest Warrant executed by Detective Brown and charging me with an offense, had been forged.

That report is available upon request, and/or I will be willing to sign a RELEASE to allow the City to obtain that report directly from **Ms. Koppenhaver**. The report was dated April 6, 2011.

11), The forged arrest warrant and document that the City has in record, clearly shows the Claimant was the victim of also an illegally and unlawfully issued warrant, that had no force and effect upon the law. The forged arrest warrant, further made the detention or arrest of the Claimant illegal and unlawful, as the process used to kidnap the Claimant from Baltimore County to Baltimore City by a defective arrest warrant further led to the false arrest, detention and imprisonment of the Claimant, violates my civil and constitutional rights.

12). Baltimore City Police Department and its agency has a long history to physical assaults, abuse and other action against its citizens and other non-citizens that come in contact with or are falsely accuse of crimes in Baltimore City.

### REQUESTED RELIEF

**Wherefore,** Claimant/Plaintiff Cofield requests and seeks damages against the Respondents and Detective Anthony Brown in the amount of **$1,500,000** dollars for **each** 7 to 10 **claim(s)** and **separate** offenses described above, **OR BEST OFFER.**

**Additionally,** the Claimant seeks $1000 he had to pay for the CERTIFIED DOCUMENT EXAMINERS REPORT.

Plus, **$500,000 in medical damages, injuries, and permanent impairments sustained as a result of the false arrest and assault to physical abuse to acts of excessive force, and police brutality that was used against me, that was unjustified and un-provoked.**

The Claimant is prepared to file a civil action in state/
federal court against the Respondents, for damages that **exceed** the amounts claimed herein, I can assure you.

---

**Dr. Keenan K. Cofield, #405938/2243952**
30420 Revells Neck Rd.
Westover, Maryland 21890

cc: File
    John Johnson, esq.
    Hon. Martha Wilson

# IN THE CIRCUIT COURT FOR CITY OF BALTIMORE, MARYLAND

Dr. KEENAN K. COFIELD-#405938/2243952
<u>Supreme GRAND Bishop</u>, et. al.
30420 Revells Neck Rd.
Westover, Maryland
        Claimant/Petitioner

<u>vs</u>        Claim/Case Number-<u>24-C-14-006084/OT</u>

**THE-CITY OF BALTIMORE**
**et. al.**
100 North Holliday Street
CITY HALL
Baltimore, Maryland 21202

        **Defendants**

## DEMAND FOR TRIAL BY JURY

Comes now the Plaintiff **Dr. Keenan K. Cofield**, do hereby give Notice of our [DEMAND FOR TRIAL BY JURY], in any event of Trial on **any and all** issues as Amended to this cause of action.

_____
Dr. Keenan K. Cofield, #405938/2243952
30420 Revells Neck Rd.
Westover, Maryland 21890

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been placed in the U.S. mail postage prepaid this the 23rd day of November, 2014, to City of Baltimore Legal Department/City Hall.

_____
Dr. Keenan K. Cofield